Docusign Envelope ID: D4D51515-121D-4CA8-90D0-6D8FD4D4CF04

**FAEGRE DRINKER BIDDLE & REATH LLP**
Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
Four Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone:   +1 415 591 7500
Facsimile:   +1 415 591 7510

Tracey Salmon-Smith (*Pro hac vice*)
tracey.salmonsmith@faegredrinker.com
600 Campus Drive
Florham Park, New Jersey 07932
Telephone:   +1 973 549 7038
Facsimile:   +1 973 360 9831

Attorneys for Defendants
JOHN A. MITCHELL and BENJAMIN C. CARR

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIBANK, N.A. and CITIGROUP GLOBAL MARKETS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. MITCHELL and BENJAMIN C. CARR,<br><br>Defendants. | Case No. 3:24-CV-08224 (CRB)<br><br>**DECLARATION OF BENJAMIN C. CARR** |

I, BENJAMIN C. CARR, declare as follows:

1. I am a Defendant in the above-captioned matter and, therefore, am fully familiar with the facts herein.

2. I was formerly employed by Plaintiffs Citibank, N.A. and Citigroup Global Markets Inc. ("Citi") as a Senior Vice President.

3. I gave notice of my resignation from Citi on July 19, 2024.

4. My last day of employment with Citi was on August 2, 2024.

5. Between 2018 and January 2022, I worked as a junior banker under John Mitchell.

During that time, I assisted Mr. Mitchell in servicing his clients.

6. In January 2022, I became a private banker with Citi. Since that time, I have been servicing my own clients separate from Mr. Mitchell. Mr. Mitchell may have been on calls with some of my clients after January 2022 if, for example, he had a former relationship with the client. However, I was responsible for managing the client relationship.

7. Once I became a private banker, I was not responsible for servicing Client A.[1]

8. My clients generally consisted of attorneys in large law firms with public websites that provide contact information for individual attorneys. I typically serviced multiple attorneys at the same firm.

9. In the normal course of servicing my clients at Citi, I reviewed their account information regularly.

10. As I prepared for my departure from Citi, I continued to fulfill my obligations to the firm and my clients which included servicing clients during the resignation period.

11. Any client information I accessed prior to leaving Citi was used to continue servicing those individuals and fulfill my obligations to Citi.

12. I did not print any documents before leaving Citi.

13. I did not take any photographs of the Citi computer screens with my cell phone.

14. I did not copy any client information.

15. I did not take any client information with me when I left Citi.

16. Prior to and during the notice period, I did not ask clients to leave Citi.

17. As of October 3, 2024, I am now employed by BMO Wealth Management ("BMO") as a Private Wealth Advisor - Director.

18. Since joining BMO, I have not discussed Client A or exchanged any information on Client A with John Mitchell.

19. I do not recall communicating with Mr. Mitchell about Client A at any point between the time that I became a private banker at Citi and the time that I joined BMO.

---

[1] Client A refers to the redacted name on Plaintiffs' Exhibit A.

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECLARATION OF BENJAMIN C. CARR
Case No. 3:24-CV-08224

20. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 25 day of November, 2024.

Signed by:

*Benjamin C. Carr*
49023B7227034E3...

BENJAMIN C. CARR