1  **FAEGRE DRINKER BIDDLE & REATH LLP**
Paul J. Riehle (SBN 115199)

2  paul.riehle@faegredrinker.com
Four Embarcadero Center, 27th Floor

3  San Francisco, California 94111
Telephone:    +1 415 591 7500

4  Facsimile:    +1 415 591 7510

5  Tracey Salmon-Smith (*Pro hac vice*)

6  tracey.salmonsmith@faegredrinker.com
600 Campus Drive

7  Florham Park, New Jersey 07932
Telephone:    +1 973 549 7038

8  Facsimile:    +1 973 360 9831

9  Attorneys for Defendants
JOHN A. MITCHELL and BENJAMIN C. CARR

10

11                **UNITED STATES DISTRICT COURT**

12          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13

14  CITIBANK, N.A. and CITIGROUP GLOBAL          Case No. 3:24-CV-08224 (CRB)
MARKETS, INC.,

15                                               **DECLARATION OF**
                Plaintiffs,                      **JOHN A. MITCHELL**

16

17          v.

18  JOHN A. MITCHELL and BENJAMIN C.
CARR,

19                Defendants.

20

21          I, JOHN A. MITCHELL, under penalty of perjury, declare as follows:

22          1.      I am a Defendant in the above-captioned matter and, therefore, am thoroughly

23  familiar with the facts herein.

24          2.      I was formerly employed by Plaintiffs Citibank, N.A. and Citigroup Global

25  Markets Inc. ("Citi") as a Managing Director.

26          3.      I gave notice of my resignation from Citi on July 19, 2024.

27          4.      Citi had an Employment Termination Notice and Non-solicitation Policy for U.S.

28  Employees ("Garden Leave Policy"), which required me to provide 75 days notice prior to

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Docusign Envelope ID: 696DAC5D-82B4-4921-B032-070C9E562DA3

1    leaving my employment with Citi.  Exhibit A (Garden Leave Policy).

2        5.     I complied with Citi's Garden Leave Policy, making my last day of employment

3    with Citi on October 2, 2024.

4        6.     Citi did not assert any allegations of malfeasance against me during my Garden

5    Leave.

6        7.     When I left Citi, I did not take or retain any confidential or proprietary information

7    related to Citi and its clients.

8        8.     I did not print any documents before leaving Citi.

9        9.     I did not take any photographs of the Citi computer screens with my cell phone.

10        10.     I did not copy any client information.

11        11.     I did not download, duplicate, or otherwise procure confidential information from

12    Citi prior to leaving.

13        12.     I did not take any client information with me when I left Citi.

14        13.     Prior to and during the notice period, I did not ask clients to leave Citi.

15        14.     During the ordinary course of my employment with Citi, and prior to the initiation

16    of my Garden Leave, I accessed (without downloading or duplicating) information that I needed

17    to service my clients and fulfill my obligations to Citi.

18        15.     Specifically, I did not take or retain any information relating to any client's cash

19    position or the products the clients held in their accounts, or the maturity dates of Certificates of

20    Deposit held by Citi clients.

21        16.     The majority of clients I serviced at Citi were partners at large law firms with

22    public websites that provided contact information.

23        17.     Part of my responsibilities at Citi was managing and growing existing individual

24    attorney relationships and finding and onboarding new individual attorney relationships. I was not

25    simply servicing an existing book of business.

26        18.     At Citi, I was responsible for onboarding a certain number of new clients, who

27    were individual attorneys from large law firms. My goal was to increase the amount of new

28

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF JOHN A. MITCHELL
Case No. 3:24-CV-08224

1    investment assets, and my performance was measured against these goals.

2          19.    While at Citi, I developed my own client relationships.  Citi did not assign me the

3    relationships that I serviced while at Citi.

4          20.    We were not prohibited from acquiring new law firm clients.

5          21.    I am now employed as a managing director by BMO Wealth Management

6    ("BMO"), which is part of BMO Bank N.A.

7          22.    After joining BMO, I reached out to Client A[1] on November 4, 2024.

8          23.    I obtained Client A's contact information by using publicly available information

9    listed on her law firm's website.

10         24.    I remembered Client A had a cash position because I worked with her for years,

11   and she only had a cash account and no investment account.

12         25.    I remembered that Client A may have had CDs maturing because her CDs had

13   been laddered and set up to mature near the quarter's end so that she would have liquidity to pay

14   quarterly taxes if needed.

15         26.    I obtained BMO's interest rates the previous Friday, November 1, 2024, and

16   contacted Client A on Monday, November 4, 2024.

17         27.    Benjamin Carr worked as a junior banker under me at Citi between 2018 and

18   January 2022, when he became a private banker.  As a private banker, Mr. Carr had his own

19   clients, separate and apart from my clients.

20         28.    After Mr. Carr became a private banker, Client A became my client and not Mr.

21   Carr's.

22         29.    I did not obtain any information from Mr. Carr about Client A or any other

23   individual who was previously at Citi.

24         30.    Since joining BMO, I have not discussed Client A with Mr. Carr or exchanged any

25   information on Client A.

26         31.    I do not recall communicating with Mr. Carr about Client A between the date he

27

28
_____
[1] Client A refers to the redacted name on Plaintiffs' Exhibit A.

3

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF JOHN A. MITCHELL
Case No. 3:24-CV-08224

Docusign Envelope ID: 696DAC5D-82B4-4921-B032-070C9E562DA3

1  became a private banker at Citi and the date I joined BMO.

2        32.    I declare under penalty of perjury that the foregoing is true and correct to the best

3  of my knowledge.

4

5  Dated: November $^{25}$___, 2024

6

7

Signed by:

John A. Mitchell

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

FAEGRE DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECLARATION OF JOHN A. MITCHELL
Case No. 3:24-CV-08224

# EXHIBIT A



# Employment Termination Notice and Nonsolicitation Policy for U.S. Employees ("Garden Leave")

| | |
|---|---|
| **Summary** | Citi operates critically important businesses, operations and functions largely dependent on the skill sets of senior executives and officers. To minimize the disruption to those businesses, operations and functions when senior executives and officers resign, Citi requires them to give meaningful advance notice of their resignations. Therefore, the policy below sets forth Citi's expectations regarding covered employees' termination notice and post- employment obligations. |
| **Target Audience** | The target audience for this Policy includes all U.S. Employees designated as Covered Employees by this Policy as well as the managers and HR employees supporting Covered Employees. |
| **Key Changes Since Last Version** | Updated Coverage Grid pertaining toTTS Client Ops, Security Services Ops and Markets Ops. |
| **Policy Owner** | NAM HR Policy Head |
| **Owner Group** | NAM HR Policy |
| **Principal Contact(s)** | Judy Gaumer (JF36591)<br>Lori Suomela (LS64826) |
| **Replaces** | Replaces January 1, 2024 version |
| **Child Document(s)** | N/A |
| **Risk Category** | L0:<br><br>Operational Risk | L1:<br><br>Human Capital Risk | L2:<br><br>Talent Management Risk |

| | |
|---|---|
| **Document ID No.:** | KB0018399 |
| **Issue Date:** | 2013 |
| **Revision Date:** | 04/01/2024 |
| **Effective Date:** | 04/01/2024 |
| **Last Review Date:** | 03/21/2024 |
| **Version No.:** | 2.2 |
| **Original Language:** | English |



TABLE OF CONTENTS

**1 OVERVIEW**     **1**

     1.1 INTRODUCTION     1
     1.2. POLICY PRINCIPLES     1
     1.3 KEY REQUIREMENTS     1
     1.4 EFFECTIVE DATE / TRANSITION PERIOD     1

**2 GOVERNANCE**     **2**

     2.1 BOARD APPROVAL     2
     2.2 GOVERNANCE COMMITTEES     2

**3 POLICY PROVISIONS**     **2**

     3.1 OVERVIEW     2
     3.2 COVERED EMPLOYEES     2
     3.3 EMPLOYEE DECISION TO END EMPLOYMENT RELATIONSHIP     4
     3.4 CITI DECISION TO END EMPLOYMENT RELATIONSHIP     4
     3.5 EMPLOYEE TRANSFER TO NON-COVERED JOB     5
     3.6 OTHER OBLIGATIONS     6
     3.7 CONSEQUENCES OF BREACHING THIS POLICY     6
     3.8 NOTICE OBLIGATIONS AND EMPLOYEE AWARDS     6

**4 EXECUTION ASSESSMENT**     **6**

     4.1 DATA GOVERNANCE     6

**5 ROLES & RESPONSIBILITIES**     **6**

     5.1 RISK ACCOUNTABLE RESPONSIBILITIES     6

**VERSION CONTROL LOG**     **7**



# 1   OVERVIEW

## 1.1  INTRODUCTION

1.1.1  Citi[1] operates critically important businesses, operations and functions largely dependent on the skill sets of senior executives and officers. These employees are critical to Citi's on-going operations and when the employee and/or Citi makes a decision to end the employment relationship these covered employees are expected to comply with this Policy.

## 1.2.  POLICY PRINCIPLES

1.2.1  The purpose and objective of the Employment Termination Notice and Nonsolicitation Policy for U.S. Employees ("Garden Leave") is to minimize the disruption to those businesses, operations and functions when senior executives and officers resign. Therefore, the policy below sets forth the termination notice obligations by and between Citi and its covered employees as well as a covered employee's post-employment obligations. It applies to Citi employees in accordance with local law.[2]

## 1.3  KEY REQUIREMENTS

1.3.1  There are no laws, rules or regulations requiring a Garden Leave Policy, however, Citi is obligated to comply with any federal, state or local law that prohibits or restricts the use of restrictive covenants (non-disclosure, non-solicitation & non-compete).

## 1.4  EFFECTIVE DATE / TRANSITION PERIOD

1.4.1  The updated Garden Leave Policy is effective upon publication and corresponding notification of covered employees and supersedes any prior policies or practices regarding employment termination notice that may have applied during their Citi employment.

---

[1]As used herein, Citi refers to Citigroup Inc., its subsidiaries and their affiliates.

[2]This Policy is not intended to shorten any longer notice period that you or Citi may be required to give to each other pursuant to contract or applicable local law, rule or regulation ("Independent Legal Obligation") nor is it intended to limit or reduce any other obligation which you or Citi may owe to each other pursuant to an Independent Legal Obligation i.e., to the extent a conflict exists between this Policy and an Independent Legal Obligation, this Policy is intended to potentially supplement but not to diminish, any such obligation. If, as a consequence, any component of this Policy is either unenforceable or inapplicable for whatever reason, then, in such instance, this Policy shall not apply in its entirety.



## 2   GOVERNANCE

### 2.1   BOARD APPROVAL

#### 2.1.1   Board approval not required

This Policy does not require approval by the Board of Directors, or subcommittees of the Board of Directors, of Citigroup Inc. and Citibank N.A.  However, notice of its issuance and any subsequent revisions may be reported to the Board at the request of the Board or Citi Management.  Subsidiary Board approvals may be required in local jurisdictions, or by other legal entities.

### 2.2   GOVERNANCE COMMITTEES

2.2.1   The relevant governance committee for this Policy is the governance committee for the Risk Categories on the cover page.  The mapping of the Risk Categories to governance committee hierarchies is detailed in the Citi Governance Policy.

## 3   POLICY PROVISIONS

### 3.1   OVERVIEW

3.1.1   Covered Employees (as defined below) must provide advance notice of either 30, 50, 75 or 180 days, as designated below ("Early Termination Notice Period"), of the resignation of their employment. During this Early Termination Notice Period, Covered Employees may be required to continue working in accordance with their regular schedule and responsibilities/ Except as otherwise provided by law, Covered Employees remain obligated during the notice period to give Citi such cooperation and assistance as required in order that Citi may affect an orderly and satisfactory transition of responsibilities. In return, Citi will provide Covered Employees with reciprocal notice of the involuntary termination of their employment for reasons other than for Cause (as defined below). This notice runs concurrently with any other notice period an employee may be eligible to receive under any Citi policy, plan or under applicable law.

3.1.2   In addition, to the extent permitted by applicable law, during their employment, inclusive of the Early Termination Notice Period, and for a one-year period following the termination of their employment for any reason, Covered Employees must in no way solicit or facilitate the solicitation of Citi's clients or its employees.

### 3.2   COVERED EMPLOYEES

3.2.1   U.S. Employees in the positions noted below ("Covered Positions") are covered by this Policy ("Covered Employee"):



**Position Based Coverage**

| Position | Detail | Required Notice |
|---|---|---|
| Executive Management Team | All officers reporting directly to CEO | 180 Calendar Days |
| Business/Function Heads | Individuals identified by the responsible SHRO as either a Business or Function Head | 75 Calendar Days |
| Direct Reports to individuals reporting to CEO (who do not fall into any of the categories above), Business/Function | Individuals, excluding administrative, who report to individuals reporting directly to the CEO or a covered Business/Function Head | 50 Calendar Days |

**Business Based Coverage by Corporate Title**

| Business | Managing Director(75 Days) | Director (50 Days) | Senior Vice President (30 days) | Vice President (30 days) |
|---|---|---|---|---|
| Global Functions (excluding Global Risk Management) | X | | | |
| Global Risk Management | X | X | X | X |
| Operations and Technology | X | X | | |
| Legacy Franchise | X | | | |
| Services (TTS and Securities Services) | X | X | X | X |
| Services (TTS Client Operations and Securities Operations) | X | X | | |
| Markets | X | X | X | X |
| Markets Operations | X | X | | |
| U.S. Personal Banking | X | | | |
| Wealth* | X | X | | |
| Client (Institutional Credit Management) | X | X | X | X |
| Client (all others) | X | | | |
| Banking (Investment Banking, Corporate Banking, Commercial Banking) | X | X | X | X |

*Wealth Management employees who hold the title of Senior Wealth Advisor or equivalent are not subject to Garden Leave

3.2.2  In its sole discretion, Citi may identify other jobs as a Covered Position, or change the designation of a Covered Position, based on business needs. Jobs which are not defined as a Covered Position herein but are later designated as a Covered Position will be subject to an Early Termination Notice Period based on their corporate title (30 days for Vice Presidents or Senior Vice Presidents, 50 days for Directors, 75 days for Managing Directors, or 180 days for Executive Management Team). Approval to designate or



remove a job as a Covered Position must be obtained from the Business Function Head and Senior Human Resources Officer.

3.2.3  Where an employee may be considered a covered person according to multiple criteria based on their title, position and/or business, the longest notice period will apply to such employee. Covered Employees who are assigned outside the U.S. and designated as "Expatriates" on Citi's books and records shall continue to be Covered Employees during such assignment for all purposes of this Policy.

## 3.3  EMPLOYEE DECISION TO END EMPLOYMENT RELATIONSHIP

3.3.1  If a Covered Employee resigns, or otherwise terminates their employment relationship with Citi, they must provide their manager with prior written or verbal notice of their termination date in compliance with this Policy. Verbal notices must be documented by the Manager or Human Resources representative and include the date notice was provided.

Citi may, in its sole discretion, waive all or any part of a Covered Employee's applicable notice requirement and consider their resignation effective on any such earlier date as determined by it.

Citi may, in its sole discretion, remove a Covered Employee from any assigned duties; assign them to other duties; or require they refrain from performing any job duties or reporting to work, during all or any part of the applicable Early Termination Notice Period.

During the applicable Early Termination Notice Period, or any lesser period as determined by Citi, the Covered Employee will continue to be paid their then current base salary and remain benefits-eligible.

## 3.4  CITI DECISION TO END EMPLOYMENT RELATIONSHIP

3.4.1  If Citi asks a Covered Employee to leave, it will not terminate their employment, except for Cause, without giving prior notice consistent with this Policy; provided, however, that Citi may, in its sole discretion, elect to provide a Covered Employee with pay in lieu of notice for all or part of the applicable Early Termination Notice Period.

For purposes of this Policy, Citi shall have "Cause" to terminate employment if:

(i)    the employee engages in excessive risk taking in contravention of standards established or revised by the business head, Risk Management and/or senior management, or the employee fails to comply with any balance sheet or working or regulatory capital guidance provided by the business head or function head;

(ii)   the employee is subject to an action taken by a regulatory body or a self-regulatory organization ("SRO") as a result of any act or omission which substantially impairs the employee from performing their duties;

(iii)  the employee engages in misconduct or gross misconduct in connection with their employment including a breach of Citi's compliance and control policies;



(iv)    the employee breaches Citi's non-compliance-related policies or rules including with respect to expense management and human resources;

(v)    the employee is dishonest in connection with any aspect of their employment and responsibilities;

(vi)    the employee breaches their fiduciary duty of loyalty to Citi;

(vii)    the employee violates a federal or state securities or banking law, rule or regulation or the employee violates the constitution, by-laws, rules or regulations of a regulatory authority or SRO;

(viii)    the employee fails to remain licensed to perform their duties (or, if applicable, the employee fails to obain all designated license(s) within the timeframe(s) set forth in the employee's offer letter);

(ix)    the employee fails to devote all professional time to their assigned duties and to the business of Citi (except as may be expressly permitted or authorized under Citigroup's Outside Directorships and Business Interests policy or any policy regarding outside activities applicable to the employee's business or function);

(x)    the employee is convicted of a felony or a crime of breach of trust, money laundering or dishonesty or the employee participates in a pre-trial diversion program after being charged or indicted for a felony or such crime;

(xi)    the employee fails to perform assigned duties or is deemed deficient in the performance of such duties;

(xii)    the employee made a factual representation or omission in the furtherance of hiring or retention which proves to have been incorrect in any material respect when made;

(xiii)    the employee's actions subject Citi, by virtue of their affiliation with Citi, to negative or adverse publicity; or

(xiv)    any other conduct that Citi deems to be misconduct.

This Policy does not alter the employment "at-will" relationship between the Covered Employee and Citi. Both the Covered Employee and Citi retain the right to terminate the employment relationship at any time (subject to the notice periods described herein) for any reason not otherwise prohibited by law.

## 3.5 EMPLOYEE TRANSFER TO NON-COVERED JOB

3.5.1    An employee will be designated as a Covered Employee for so long as they hold a Covered Position. If a Covered Employee's job is no longer designated a Covered Position, or a Covered Employee transfers into a job that is not a Covered Position, the employee and Citi will be released from any obligations under this Policy 75 days following the effective date of the transfer or change in designation.

3.5.2    However, all other termination-related employment policies, including any non-solicitation obligation, detailed in the applicable Employee Handbook or a Covered Employee's offer letter or employment agreement will continue to apply.



### 3.6 OTHER OBLIGATIONS

3.6.1 During their employment (inclusive of the applicable Early Termination Notice Period) and for the one-year following termination of employment from Citi for any reason, Covered Employees may not, to the extent permitted by law, (1) directly or indirectly solicit any Citi employee to leave the employment of Citi for the purpose of employment outside of Citi, regardless of whether the solicitation for employment originates from the Citi employee, or (2) directly or indirectly, induce or attempt to induce or otherwise counsel, advise, encourage or solicit, including through the use of social media, any client of Citi whom they serviced or with whom they had substantial contact during their employment to terminate its relationship with Citi or to transfer assets away from or otherwise reduce its business with Citi. This obligation is in addition to any other post-employment restrictions that a Covered Employee may owe to Citi.

### 3.7 CONSEQUENCES OF BREACHING THIS POLICY

3.7.1 If a Covered Employee fails to give the Early Termination Notice required under this Policy and/or violates their nonsolicitation obligations pursuant to this Policy during the Early Termination Notice Period or the one-year period thereafter, Citi may seek an order or injunction from a court or arbitration panel to stop the violation, shall be entitled to recover the current cash and deferred portion of any Discretionary Incentive and Retention Awards that would not have been payable if notice had been timely provided in accordance with this Policy as in effect at the time of such failure, and may seek other permissible remedies including damages it actually suffered as a result of the breach or breaches, such as additional compensation paid to replace or retain wrongfully solicited employees.

### 3.8 NOTICE OBLIGATIONS AND EMPLOYEE AWARDS

3.8.1 Covered Employees are not eligible for Discretionary Incentive and Retention Awards once they give notice under this Policy, even if they worked all or a portion of the year for which the Award would have otherwise been granted.

## 4 EXECUTION ASSESSMENT

### 4.1 DATA GOVERNANCE

4.1.1 Enterprise Data, as defined in the Citi Data Governance Policy, must be managed and maintained in a manner consistent with the requirements of the Citi Data Governance Policy.

## 5 ROLES & RESPONSIBILITIES

### 5.1 RISK ACCOUNTABLE RESPONSIBILITIES



5.1.1 Managers are responsible for being aware of their Covered Employees and supporting compliance with the provisions and requirements of this Policy, including the timely submission for the processing of the voluntary or involuntary termination in order to place the employee on Notice in Workday.

5.1.2 Covered Employees are accountable for following the provisions and requirements of this Policy, which includes providing the applicable notice of their intent to resign their employment.

5.1.3 Human Resources Partnership & Delivery is responsible for providing support to employees and management regarding questions related to the administration of this Policy, including the off-roll process to facilitate timely placing the employee on Notice.



## Version Control Log

| Date (mm-dd-yy) | Version Type | Version Number | Description of Revision |
|---|---|---|---|
| 2013, 2015, 2017 | New, Minor, Minor | 1.2 | U.S. Handbook Appendix Document |
| 2/18/2020 | Minor | 1.3 | Clarified notice runs concurrently with any other notice period and employee may be eligible to receive |
| 9/1/2023 | Major | 2.0 | Citi for You Help Center based document<br><br>Aligned the business based coverage by corporate title as a result of the organizational changes; Executive Management Team (EMT) – moving Notice Period from 75 calendar days to 180 calendar days; Clarified U.S. Expats are covered by this Policy; Added clarifying language to the Consequences of a Breach section |
| 12/19/23 | Minor | 2.1 | Updated Citi For You Help Center Document to new Country Level Policy Document Template, including Roles & Responsibilities;<br><br>Align with Citi Organizational Changes as a result of Citi's September 2023 organizational realignment;<br><br>Clarified the Notice Period may be working or non-working. |
| 4/1/24 | Minor | 2.2 | Updated Coverage Grid for Services (TTS Client Operations and Security Operations) and Markets Operations |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |