**FAEGRE DRINKER BIDDLE & REATH LLP**
Paul J. Riehle (SBN 115199)
paul.riehle@faegredrinker.com
Four Embarcadero Center, 27th Floor
San Francisco, California 94111
Telephone:     +1 415 591 7500
Facsimile:     +1 415 591 7510

Tracey Salmon-Smith (*Pro hac vice*)
tracey.salmonsmith@faegredrinker.com
600 Campus Drive
Florham Park, New Jersey 07932
Telephone:     +1 973 549 7038
Facsimile:     +1 973 360 9831

Attorneys for Defendants
JOHN A. MITCHELL and BENJAMIN C. CARR

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITBANK, N.A. and CITIGROUP GLOBAL MARKETS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN A. MITCHELL and BENJAMIN C. CARR,<br><br>Defendants. | Case No. 3:24-CV-08224 (CRB)<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY, AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

AND NOW, on the _____ day of _____, 2024, upon consideration of the parties' papers concerning Plaintiffs' Application for a Temporary Restraining Order, Expedited Discovery and Order to Show Cause Regarding Preliminary Injunction ("Motion") pursuant to Local Rule 65-1 and Federal Rule of Civil Procedure 65, it is hereby ORDERED that all Plaintiffs' requested relief is DENIED.

_____
Hon. Charles R. Breyer
United States District Judge

FAEGRE DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DMS_US.367858205.2

PROPOSED ORDER
Case No. 3:24-CV-08224