Stacy L. Fode (SBN 199883)
sfode@nfclegal.com
Natalie P. Bryans (SBN 342396)
nbryans@nfclegal.com
**NUKK-FREEMAN & CERRA, P.C.**
1230 Columbia Street, Suite 860
San Diego, CA 92101
Telephone: 619.292.0515
Facsimile: 619.566.4741

Leonard Weintraub
(admitted *Pro Hac Vice*)
lw@pwlawyers.com
**PADUANO & WEINTRAUB LLP**
1251 Avenue of the Americas, Ninth Floor
New York, New York 10020
Telephone: (212) 785-9100

Attorneys for Plaintiffs
CITIBANK, N.A. and CITIGROUP GLOBAL MARKETS INC.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITIBANK, N.A. and CITIGROUP GLOBAL MARKETS INC., <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN A. MITCHELL and BENJAMIN C. CARR, <br><br> Defendants. | Case No. 3:24-cv-08224-CRB <br> Judge: Hon. Charles R. Breyer <br><br> **STIPULATED PRELIMINARY INJUNCTION AND [~~PROPOSED~~] ORDER** |

_____
STIPULATED PRELIMINARY INJUNCTION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys of record for plaintiffs Citibank, N.A. and Citigroup Global Markets Inc. (collectively, "Plaintiffs or Citi") and defendants John A. Mitchell and Benjamin C. Carr (collectively, "Defendants") (jointly the "Parties") as follows:

1. Defendants, and any other person acting in concert with them or at their direction, and for their benefit or on their behalf, are preliminarily enjoined and restrained, directly or indirectly, from using, disclosing or transmitting for any purpose Citi's books, records, documents and/or confidential or trade secret information pertaining to Citi, Citi's clients, and/or Citi's employees. Notwithstanding the foregoing, nothing contained in this Stipulated Preliminary Injunction and Order shall prohibit Defendants from (a) receiving and using a Citi client's financial holdings, investments or cash positions transmitted to Defendants by a Citi client after their employment with Citi terminated, or (b) processing account transfer requests or doing business with Citi clients after their accounts transfer to BMO Bank N.A. ("BMO"), its affiliates or any entity with which Defendants are affiliated.

2. Defendants, and any other person acting in concert with them or at their direction, and for their benefit or on their behalf, are further ordered to return promptly to Citi or its counsel all records, documents and/or information in whatever form (whether original, copied, computerized, or handwritten) pertaining to Citi, Citi's clients, and/or Citi's employees, excluding only documents and/or information transmitted to Defendants by a Citi client after their employment with Citi terminated.

3. This Stipulated Preliminary Injunction and Order shall remain in full force and effect until such time as a FINRA Dispute Resolution Arbitration (the "FINRA Arbitration") panel (the "Panel") rules on Citi's request for permanent injunctive relief as against Defendants (either after a hearing on the merits or pursuant to an agreement between the Parties).

4. Plaintiffs and Defendants further stipulate that the Parties waive their right to a preliminary injunction hearing, and that neither this Court nor the parties need take any further action on Plaintiffs' request for a temporary restraining order or a preliminary injunction, or for expedited discovery.

5.	Plaintiffs and Defendants further stipulate that by entering into this Stipulated Preliminary Injunction and Order, and by consenting to this Stipulated Preliminary Injunction and Order being "So Ordered" by the Court, Defendants do not agree to or admit any liability or acknowledge any wrongdoing, nor shall entering into such Stipulated Preliminary Injunction and Order be deemed to be an admission of any liability or acknowledgement of any wrongdoing by any party.  Plaintiffs and Defendants further stipulate that the Court, by "So Ordering" this Stipulated Preliminary Injunction and Order, does not make any findings of fact or any determination as to liability, and further it is not making any findings as to whether Defendants violated their agreements with Plaintiffs.

6.	This Stipulated Preliminary Injunction and Order is not a decision on the ultimate merits of this dispute and is without prejudice to the rights, remedies, claims, or defenses of any party hereto, and no party hereto shall argue in the FINRA Arbitration that this Stipulated Preliminary Injunction and Order precludes the making of any substantive argument in the FINRA Arbitration.

7.	This Stipulated Preliminary Injunction and Order shall not prevent the FINRA Arbitration Panel from issuing any order on the appropriateness of permanent injunctive relief after a hearing on the merits or by agreement of the Parties.

8.	The Parties waive the necessity of a bond, and the $5,000 bond posted by Plaintiffs pursuant to the Court's Order Granting Application for Temporary Restraining Order, dated November 26, 2024 (the "TRO") shall be released to Plaintiffs.

9.	This Stipulated Preliminary Injunction and Order supersedes and replaces the TRO.

10.	The Parties are directed to proceed with arbitration pursuant to the FINRA Code of Arbitration Procedure for Industry Disputes.

///

///

///

///

STIPULATED PRELIMINARY INJUNCTION AND ORDER

**The Undersigned hereby Stipulate and Agree to the Entry of this Stipulated Preliminary Injunction and Order.**

DATED:  December 6, 2024          **NUKK-FREEMAN & CERRA, P.C.**
                                  **PADUANO & WEINTRAUB LLP**


                                  By: */s/ Stacy L. Fode*
                                      Stacy L. Fode
                                      Natalie P. Bryans
                                      Leonard Weintraub (admitted *pro hac vice*)

                                      Attorneys for Plaintiffs
                                      CITIBANK, N.A. and
                                      CITIGROUP GLOBAL MARKETS INC.

DATED:  December 6, 2024          **FAEGRE DRINKER BIDDLE & REATH LLP**


                                  By:  */s/Paul J. Riehle*
                                      Paul J. Riehle
                                      Tracey Salmon-Smith (admitted *pro hac vice*)

                                      Attorneys for Defendants
                                      JOHN A. MITCHELL and
                                      BENJAMIN C. CARR


**[PROPOSED] ORDER PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED: December 6, 2024

                                  _____
                                  Charles R. Breyer, District Judge